

**IT IS ORDERED as set forth below:**

**Date: January 25, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| SARITA TAWANNA ARNOLD, ) | |
| Debtor. ) | **CASE NO. 17-61979-JRS** |
| _____ ) | |
| SARITA TAWANNA ARNOLD, ) | |
| ) | |
| Movant, ) | **CONTESTED MATTER** |
| ) | |
| vs. ) | |
| ) | |
| FORD MOTOR CREDIT ) | |
| COMPANY, LLC ) | |
| ) | |
| Respondent. ) | |

### CONSENT ORDER ON MOTION TO AVOID LIEN

Before the Court is Debtor's Motion to Avoid Judgment Lien (the "Motion") (Doc. No. 29) filed pursuant to 11 U.S.C. §522(1) and Bankruptcy Rule 4003(d). Movant presents in the Motion that Respondent obtained a judgment against her in the sum of $15,780.92 with a writ of *fieri facias* being recorded in the General Execution Docket with the Clerk of Superior Court of Fulton County, Georgia on September 9, 2009, Lien Book 1285, Page 185 (the "Lien").

Movant contends that the Lien impairs exemptions claimed in various assets including real property located at 6640 Greenbower Lane, College Park, Fulton County, GA 30349 (the "Real Property"). Respondent filed a proof of claim in this case (Claims Docket 2-1) on August 2, 2017 in the amount $21,802.90, secured by the Lien on property.

Movant's Motion acknowledges that she has equity in the Real Property above her allowed exemptions in the amount of $11,826.74. Counsel for Respondent having consented to this Motion, it is hereby

**ORDERED** that the Motion is hereby GRANTED as follows:

a) That $9,976.00 of the judicial lien is held to impair Debtor's exempt property and is, therefore, is avoided pursuant to 11 U.S.C. § 522(b) and is to be treated under Debtor's Plan as a general unsecured claim;

b) $11,826.74 of Respondent's Lien is held not to impair Debtor's exempt property and is to be treated under Debtor's Plan as a Secured claim.

[END OF DOCUMENT]

Order prepared and presented by:

_____/s/_____
Richard K. Valldejuli, Jr.
GA Bar # 723225
Attorney for Movant
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957

(Signatures continued next page)

Consented to by:

\_\_\_\_\_/s/_____
Gregson T. Hann, Esq. (by RKV w/express permission 1/23/18)
GA Bar No. 316070
Counsel for Respondent
Aldridge Pite Haan, LLP
P.O. Box 52815
Atlanta, GA  30355
(678) 553-7611

## DISTRIBUTION LIST

Nancy J. Whaley  
Nancy J. Whaley, Standing Ch. 13 Trustee  
303 Peachtree Center Avenue  
Suite 120, Suntrust Garden Plaza  
Atlanta, GA 30303  

Richard K. Valldejuli, Jr.  
Valldejuli & Associates, LLC  
2199 Lenox Road, NE, Suite A  
Atlanta, GA 30324  

Sarita Tawanna Arnold  
6640 Greenbower Lane  
Atlanta, GA 30349  


Gregson T. Haan, Esq.  
Aldridge Pite Haan, LLP  
P.O. Box 52815  
Atlanta, GA  30355