**IT IS ORDERED as set forth below:**



**Date: June 17, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| | ) | |
| **SARITA TAWANA ARNOLD,** | ) | **CASE NO. 17-61979-JRS** |
| | ) | |
| **Debtor.** | ) | |

**ORDER**
(Hearing held May 19, 2020 at 10:45 AM)

On February 18, 2020, the Court granted a Motion to Allow Compromise of Claim and Application for Compensation of Special Counsel (the "Order") (Doc. No. 62). The Order provided for $6,823.19 to be disbursed as compensation to special counsel, Montlick and Associates; $3,000.00 to be disbursed Ortho Spine AICA and $4,176.81 of the Debtor's proceeds ( the "Settlement Funds") to be remitted to the Chapter 13 Trustee to be held for thirty (30) days to allow the Debtor the opportunity to file a Motion to Retain.

Before the Court is the Debtor's *Motion to Retain Personal Injury Settlement* filed March 22, 2020 (Docket No. 65) (the "Motion"). In the Motion, Debtor request that the Chapter 13 Trustee be authorized to disburse to her $1,943.51 of the Settlement Funds as her

allowed claimed exemption and that she be allowed to retain the remaining $2,233.30 of the Settlement Funds to pay for automobile repairs.

The Motion was reset for hearing on May 19, 2020 at 10:45 a.m., upon Notice of Assignment of Hearing.  No party appeared at the hearing[1] to oppose the Motion and it appearing that Debtor's counsel and counsel for the Chapter 13 Trustee have agreed to resolve this Motion by consent herein, and for good cause shown, it is hereby,

**ORDERED** that the Motion is GRANTED such that Debtor may retain the Settlement proceeds of approximately $4,176.81 less the statutory fee of the Chapter 13 Trustee.

### [END OF DOCUMENT]

Order prepared and submitted by:

_____/s/_____
Richard K. Valldejuli, Jr.
GA State Bar # 723225
Attorney for Debtor
2199 Lenox Road, Suite A
Atlanta, GA  30324
(404) 636-9957

Consented to by:

\_\_\_\_/s/_____
Maria Joyner, Esq. (by RKV w/express permission 6-16-20)
GA State Bar # 118350
Attorney for Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue, N.E.
Atlanta, Georgia  30303
(678) 992-1201

---

[1] Hearing held telephonic during COVID-19 public health crisis.

## **DISTRIBUTION LIST**

Richard K. Valldejuli, Jr.
2199 Lenox Road, Suite A
Atlanta, GA  30324

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Sarita Tawanna Arnold
6640 Greenbower Lane
Atlanta, GA 30349